UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-2146(DSD/JMM)

Home Advantage Health Services, Inc.

Plaintiff,

v.

**DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

Woodbury Health Care Center,

Defendant and Third-Party Plaintiff,

v.

Ernest Anyanwu,

Third-Party Defendant,

and

Home Advantage Health Services, Inc.,

Counterclaim Defendant.

The above-captioned case has been assigned to the undersigned, a judge of the above court. Pursuant to Title 28, Section 455, the undersigned recuses himself from hearing this matter.

**ACCORDINGLY, IT IS HEREBY ORDERED** that pursuant to this court's Assignment of Cases Order dated April 2, 2001, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the Master List of the automated case assignment system.

**IT IS FURTHER ORDERED** that a copy of this order shall be filed in the above-captioned case.

Dated: November 29, 2001

David S. Doty, Judge
U.S. District Court

4

FILED NOV 29 2001
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

Date: November 30, 2001 jr

R E C O R D O F D O C K E T T E X T

0:01-cv-02146 Home Advantage Hlth v. Woodbury Health Care

DOCKET ENTRY

ORDER OF REASSIGNMENT AND DISQUALIFICATION ( Judge David S. Doty ) Case reassigned to Judge Ann D. Montgomery per the master list.Case referred to Judge Arthur J. Boylan. Case number remains the same except for initials 01-2146 ADM/AJB. Case number with new initials to be used on all future papers and pleadings submitted to the Court regarding this civil action. (c: attys.) 1pg

Hon. Ann D Montgomery, Judge

THIS NOTICE SENT TO ALL COUNSEL

**Please forward this announcement to the recipient of this fax.**

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.


| | | |
|---|---|---|
| 700 Federal Building | 202 U.S. Courthouse | 417 U. S. Courthouse |
| 316 North Robert Street | 300 South Fourth Street | 515 West First Street |
| St. Paul, MN 55101 | Minneapolis, MN 55415 | Duluth, MN 55802 |
| (651) 848-1100 | (612) 664-5000 | (218) 529-3500 |