**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

HOME ADVANTAGE HEALTH SERVICES,

Plaintiff,

v.

WOODBURY HEALTH CARE CENTER, ET AL,

Defendant.

Civil No. 01-2146 ADM/AJB

**ORDER**

The above matter came on before the undersigned following the parties' submission of a Rule 26(f) Report.

A question has arisen as to whether or not the Court has removal jurisdiction or whether the matter should be remanded to State Court.

The Court hereby orders that the defendant shall serve its brief in support of its argument that removal is appropriate and that this Court has jurisdiction over the matter on or before February 11, 2002. The plaintiff shall respond by filing its brief on or before March 4, 2002.

Pending further order of this Court, no further discovery shall take place save and except that the pre-discovery disclosures pursuant to Rule 26(a)(1) shall be made by the parties on or before February 11, 2002. Until further order of this Court, no more than 5 interrogatories shall be served by any party.

Dated: 1/28/02

Arthur J. Boylan
United States Magistrate Judge

Filed JAN 28 2002
Francis E. Dosal, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______

MEMORANDUM

The Court anticipates that the parties will file their briefs on the question of removal/remand/jurisdiction to the undersigned. Following the submission of the briefs, the Court will file a Report and Recommendation to the Honorable Ann D. Montgomery.